RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
2026 NOV 12 A 10: 15
TAMMY H. DOWNS

**UNITED STATES DISTRICT COURT EASTERN DISTRICT of ARKANSAS**

**CHRISTOPHER O'NEAL** **PLAINTIFF**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 12 2026
TAMMY H. DOWNS, CLERK
By: DEP CLERK

**VS** **CASE #** 4:26-cv-1253-BSM

**UNITED STATES DEPARTMENT OF AGRICULTURE** **DEFENDANT**

This case assigned to District Judge Miller
and to Magistrate Judge Ervin

**COMPLAINT:**

**On November 16th 2023 I received an emailed document from the USDA, Food and Nutrition Service, Civil Rights Division Investigator Randolph Cassidy. In reference to a Notice of Closure to Civil Rights Complaint # 2023-08-00014563. The notice of closure reason states. "FNS CRD is closing this matter due to failure to pursue". It also states as of November 16, 2023, FNS CRD has not received the requested call from you to conduct an interview. Therefore, FNS CRD has closed your complaint and no further action will be taken due to failure to pursue. The letter is signed by Director Roberto Contreras. This is untrue. I and Investigator Cassidy conducted a phone interview on September 25th at 3:31pm that lasted 21 minutes and 12 seconds. We spoke again on October 3rd at 4:38 pm for 6 minutes and 0 seconds. I find the actions of the United States Department of Agriculture FNS CRD to be discriminatory. I am an African American male undergoing financial hardship. The United States Department of Agriculture is a recipient of federal financial assistance. The discriminatory act prevented me from receiving the benefits of an investigation by the Office for Civil Rights. Involving independent fact finding, reviewing evidence, interviewing witnesses, and implementing future corrective measures.**

**JURISDICTION:**

**This court has subject-matter jurisdiction under 28 U.S.C 1331 because the claim arises under the laws of the United States.**

**VENUE:**

**Venue is proper under 28 U.S.C 1391(b). This is the judicial district where a substantial part of the events giving rise to the claim happened.**

**CLAIM:**

**42 U.S.C 2000 d, Title VI of the Civil Rights Act of 1964**

**PARTIES:**

**Plaintiff:**

**Christopher O'Neal, 3304 S Main St., Pine Bluff, Arkansas 71601**

**Defendant:**

**United States Department of Agriculture, 1400 Independence Ave., S.W, Washington D.C 20250**

**USDA, Food and Nutrition Service, Civil Rights Division, 1320 Braddock Place, Alexandria, VA 22314**

**RELIEF:**

**Wherefore, Plaintiff respectfully requests that this court enter judgement in my favor and against the Defendant and grant the following relief.**

1. **Compensatory Damages: An award for actual and compensatory damages in an amount to be determined at trial, but believed to exceed the sum of $500,000.00**
2. **Punitive/Exemplary Damages: An award of punitive damages in an amount sufficient to punish Defendants for malicious conduct and deter similar conduct in the future.**
3. **Other Relief: Such other and further relief as this court may deem just, equitable, and proper.**

**Christopher O'Neal**

**3304 S Main St.**

**Pine Bluff, Arkansas 71601**

USDA

United States Department of Agriculture

Food and Nutrition Service

1320 Braddock Place Alexandria VA 22314

**VIA EMAIL**
**Christopheroneal747@yahoo.com**

November 16, 2023

Christopher O'Neal
3304 Main Street
Pine Bluff, Arkansas 71601

RE: NOTICE OF CLOSURE

Dear Christopher O'Neal: Complaint #: 2023-08-00014563

The U.S. Department of Agriculture (USDA), Office of the Assistant Secretary for Civil Rights has received your complaint of discrimination dated August 16, 2023. In your complaint letter, you state you were discriminated against by the Arkansas Department of Human Services in the operation of the Supplement Nutrition Assistance Program (SNAP) based on retaliation for prior civil rights activity, you previously filed a complaint of discrimination in November 2022. Specifically, you alleged that you were discriminated against when on May 11, 2023, when they delayed your receipt of SNAP benefits for over a month.

Your complaint was referred to Food and Nutrition Service Civil Rights Division (FNS CRD) on August 22, 2023. FNS CRD is responsible for processing complaints of alleged discrimination concerning FNS nutrition assistance programs. FNS CRD has determined that we will not be able to investigate your complaint. The basis for this determination is set forth below:

As of November 16, 2023, FNS CRD has not received the requested call from you to conduct an interview. Therefore, FNS CRD has closed your complaint and no further action will be taken due to your failure to pursue.

For the reason stated, FNS CRD is closing this matter due to Failure to Pursue. This is USDA's final action regarding this matter. As of this date, your case has been closed.

Sincerely,

Roberto Contreras, Director
Food and Nutrition Service
Civil Rights Division

HOME MAIL NEWS FINANCE SPORTS ENTERTAINMENT LIFE SEARCH SHOPPING YAHOO PLUS Upgrade Now

Find messages, documents, photos or people Advanced

Home

Compose

← Back Archive Move Delete Spam

Inbox 31K
Unread
Starred
Drafts 23
Sent
Archive
Spam
Trash
Less

Views Hide
Photos
Documents
Emails to myself
Subscriptions
Receipts
Credits
Travel

Folders Hide
+ New Folder

Decision Letter

Yahoo/Inbox

**Cassidy, Randolph** Fri, Nov 17, 2023 at 11:01 AM
**From:**
randolph.cassidy@u
**To:**
Christopher
O'Neal

Christopher Oneal,

I have attached a Closure Letter for your records.

Thank you.

**Randolph Cassidy**
Investigator
Equal Employment Specialist
Civil Rights Division

**Food and Nutrition Service**
United States Department of Agriculture
Office: 703-605-0038
Randolph.Cassidy@usda.gov

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

CO Closure ... .pdf
134kB

**Randolph - FNS Cassidy**
randolph.cassidy@usda.gov
(703) 605-0038
+ Add to contacts


5:21 PM
4G LTE
57%
+1 703-605-0038
Call
Text
Set up
Contact info
+1 703-605-0038
Contact settings


5:21 PM
4G LTE 57%
+1 703-605-...
Sep 8, 2:14 PM
Missed call
Sep 8, 3:00 PM
Missed call
Sep 8, 3:02 PM
Missed call
Sep 8, 3:02 PM
Incoming call
21m 12s
Sep 25, 3:31 PM
Incoming call
6m 0s
Oct 3, 4:38 PM
Call
Video call
Message